UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00164-JNW |
| Plaintiff, | PROTECTIVE ORDER |
| v. | |
| MARQUIS JACKSON, et al., | |
| Defendants. | |

This matter comes before the Court on the Government's Motion for Protective Order. Dkt. No. 235. The Court has considered the briefing—including the responses by Defendants Lewis and Alexander—as well as the relevant law and the remainder of the record. Being fully informed, the Court finds good cause to issue the requested Protective Order. Accordingly, the Court GRANTS the Motion for Protective Order, as set forth below.

IT IS HEREBY ORDERED that the discovery materials discussed in the Motion the Protective Order and referred to therein as "Protected Material," marked specially as "Protected Material," and materials referred to therein as

PROTECTIVE ORDER - 1

"Sensitive Financial Information" may be produced to counsel for the defendants in this case.

IT IS FURTHER ORDERED that possession of Protected Material is limited to the attorneys of record in this case and their staff, and to any investigators, expert witnesses, and other agents the attorneys of record retain in connection with this case, collectively referred to as "the defense team." The attorneys of record, and their investigators, expert witnesses, and other agents may review Protected Material with each defendant. Each defendant may inspect and review Protected Material, but shall not be allowed to possess, photograph, or record Protected Material or otherwise retain Protected Material or copies thereof.

IT IS FURTHER ORDERED that defense counsel shall not provide Protected Material, or copies thereof, to any other person who is not a member of the defense team, including the defendants or their family.

IT IS FURTHER ORDERED that possession of Sensitive Financial Information is limited to the attorneys of record in this case and their staff, and to any investigators, expert witnesses, and other agents the attorneys of record retain in connection with this case, collectively referred to as "the defense team." The attorneys of record, and their investigators, expert witnesses, and other agents may review Sensitive Financial Information with each defendant. Each defendant may inspect and review Sensitive Financial Information, but shall not be allowed to possess, photograph, or record Sensitive Financial Information or otherwise retain Sensitive Financial Information or copies thereof.

PROTECTIVE ORDER - 2

IT IS FURTHER ORDERED that, upon written agreement with counsel for the government, members of a defense team may provide copies of specific Protected Material and/or Sensitive Financial Information, or redacted versions of such material, to a defendant. When seeking the government's agreement to give such a copy to a defendant, members of the defense team will identify with reasonable particularity (including, where available, the specific Bates-numbered pages and/or recording descriptions) the specific material defense counsel proposes to give to the defendant. Unless expressly stated otherwise by the government, copies of Protected Material to be provided to the defendant will continue to be Protected Material subject to all the protections of the Court's Order with the sole exception that a copy can be given only to the defendant (and not shared with anyone else outside the defense team). If counsel for the government and counsel for the defendant cannot reach agreement on whether portions of the protected Material or redacted versions of Protected Material should be given to a defendant under these conditions, defense counsel may raise the issue with the Court by way of a motion.

IT IS FURTHER ORDERED that defense counsel shall not provide Sensitive Financial Information, or copies thereof, to any other person who is not a member of the defense team, including the defendants or their family.

IT IS FURTHER ORDERED that defense counsel may, at their discretion, provide and leave copies of Sensitive Financial Information to their defendant if the records contain only financial information pertaining to that defendant and/or the defense team redacts all financial account information and personal identifying information of any other individual.

IT IS FURTHER ORDERED that the defendants, defense counsel, and others to whom disclosure of the content of the Protected Material and/or Sensitive Financial Information may be necessary to assist with the preparation of the defense, shall not disclose the Protected Material, the Sensitive Financial Information, or their contents, other than as necessary for the preparation of defenses at trial and in subsequent appellate proceedings, if necessary.

IT IS FURTHER ORDERED that if defense counsel finds it necessary to file any documents marked as Protected Material and/or listed as Sensitive Financial Information, the material shall be filed under seal with the Court. Nothing in this Protective Order prohibits defense counsel from showing or reviewing the contents of any Protected Material or Sensitive Financial Information with each defendant or with others to whom disclosure may be necessary to assist with the preparation of the defense at trial and in subsequent appellate proceedings, if necessary. Nothing in this Protective Order prevents any party from seeking to modify the Protective Order or from raising any other discovery related objections. If counsel for a defendant believes that the government has incorrectly designated material as Protected Material or Sensitive Financial Information, the attorney will first confer with the government to attempt to resolve the issue. If the parties cannot resolve the dispute, counsel can raise the issue with the Court by way of a motion. Nothing in this order should be construed as imposing any discovery obligations on the government or the defendant that are different from those imposed by case law and Rule 16 of the Federal Rules of Criminal Procedure, and the Local Criminal Rules. The provisions of this Order shall not terminate at the conclusion of this

PROTECTIVE ORDER - 4

prosecution. At the conclusion of the case, the Protected Material and Sensitive Financial Information shall be returned to the United States, or destroyed, or otherwise stored in a manner to ensure that it is not subsequently duplicated or disseminated in violation of this Protective Order.

Dated this 12th day of December, 2024.

Jamal N. Whitehead
United States District Judge

PROTECTIVE ORDER - 5