HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,          )   No. CR 24-164-JNW
                                   )
          Plaintiff,               )
                                   )
     v.                            )   ORDER SETTING PRETRIAL
                                   )   SCHEDULING DEADLINES
MARQUIS JACKSON, ET AL             )
                                   )
          Defendant.               )
                                   )

     The Court having reviewed the defendant Diyana Abraha's motion for a scheduling order, and the stipulation of the government and defendants Markell Jackson, Edgar Valdez, Keondre Jackson, Tyrell Lewis, Robert Johnson, Matelita Jackson, Miracle Patu-Jackson, Chad Conti, Phillip Lamont Alexander and Dejaun Ransaw, and any response and objections filed by other defendants, the Court SETS the following deadlines:

1. Pretrial Motions                          July 6, 2026

2. Government Expert Disclosures             August 3, 2026
   Case in chief.

3. Defendant Expert Disclosures             September 3, 2026
   Case in chief.

4. Notice of FRE 404(b) evidence            September 28, 2026

5. Government Rebuttal Expert Disclosures    October 2, 2026

ORDER SETTING
PRETRIAL SCHEDULING DEADLINES
(US v. Marquis Jackson, No. CR24-164 JNW) - 1

**MICHAEL FILIPOVIC LAW**
**PO Box 31356**
**Seattle, WA. 98103**
**(206)383-0410**

6. Government Witness List          October 5, 2026
   Case in chief

7. Defendant Witness List          October 12, 2026
   Case in chief

8. Government Exhibit List          October 5, 2026
   Case in chief

9. Defendant Exhibit List          October 12, 2026
   Case in chief

10. Government Transcript/Translations          October 12, 2026
    Case in chief
    (Without prejudice to make corrections)

11. Defendant Transcript/Translations          October 19, 2026
    Case in chief
    (Without prejudice to make corrections)

12. Motions in Limine          October 5, 2026

13. Responses to Motions in Limine          October 12, 2026

14. Government Trial Brief          October 19, 2026

15. Defendant's Trial Brief          October 23, 2026

IT IS FURTHER ORDERED THAT the expert disclosures shall provide all parties with a written summary of any testimony intended for use under Rules 702, 703, or 705 of the Federal Rules of Evidence, and describe the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications.

ORDER SETTING
PRETRIAL SCHEDULING DEADLINES
(US v. Marquis Jackson, No. CR24-164 JNW) - 2

MICHAEL FILIPOVIC LAW
PO Box 31356
Seattle, WA. 98103
(206)383-0410

IT IS FURTHER ORDERED THAT the Court will set a status conference for a date after the pretrial motions, responses and any replies have been filed.


ORDERED April 9, 2026


_____
Honorable Jamal N. Whitehead
    United States District Judge

Submitted by:

*s/Michael Filipovic and Jeniece LaCross*
Michael Filipovic and Jeniece La Cross
Attorneys for Diyana Abraha (Defendant 12)

Agreed to by stipulation and approved for entry:

*s/Zachary Dillon and Crystal Correa*
Zachary Dillon and Crystal Correa
Assistant United States Attorneys

*s/Stephan R. Illa*
Stephan R. Illa
Attorney for Markell Jackson (Def. 02)

*s/Sandy Baggett*
Sandy Baggett
Attorney for Edgar Valdez (Def. 04)

*s/Dan N. Fiorito, III*
Dan N. Fiorito, III
Attorney for Keondre Jackson (Def. 05)

*s/ Gilbert H. Levy*
Gilbert H. Levy
Attorney for Tyrell Lewis (Def. 08)

ORDER SETTING
PRETRIAL SCHEDULING DEADLINES
(US v. Marquis Jackson, No. CR24-164 JNW) - 3

MICHAEL FILIPOVIC LAW
PO Box 31356
Seattle, WA. 98103
(206)383-0410

*s/ Peter A. Camiel*
Peter A. Camiel
Attorney for Robert Johnson (Def. 09)

*s/ David R. Hammerstad*
David R. Hammerstad
Attorney for Matelita Jackson (Def. 10)

*s/Dennis Carroll*
Dennis Carroll
Assistant Federal Defender
Attorney for Miracle Patu-Jackson (Def. 11)

*s/Jeffrey L. Kradel*
Jeffrey L. Kradel
Attorney for Chad Conti (Def. 19)

*s/Michael S. Stewart*
Michael S. Stewart
Attorney for Phillip Lamont Alexander (Def. 20)

*s/ Nicholas W. Marchi*
Nicholas W. Marchi
Attorney for Dejaun Ransaw (Def. 22)

ORDER SETTING
PRETRIAL SCHEDULING DEADLINES
(US v. Marquis Jackson, No. CR24-164 JNW) - 4

**MICHAEL FILIPOVIC LAW**
**PO Box 31356**
**Seattle, WA. 98103**
**(206)383-0410**