UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS JACKSON, et al.,<br><br>Defendants. | CASE NO. 2:24-cr-00164-JNW<br><br>ORDER |

On October 14, 2026, third party Terrell Jamal Kennedy filed a claim to property subject to a preliminary forfeiture order in this matter. Dkt. No. 1252; *see* 21 U.S.C. § 853(n). The Government is DIRECTED to notify the Court by October 23, 2026, whether it intends to contest Kennedy's claim. If it contests the claim, the Court will schedule an evidentiary hearing, at which Kennedy and the Government will have an opportunity to present evidence and witnesses, and at which Kennedy will bear the burden of establishing his right or interest in the property by a preponderance of the evidence. 21 U.S.C. §§ 853(n)(5), (6).

The Clerk is directed to send uncertified copies of this order to all counsel of record and to third party Terrell Jamal Kennedy.

Dated this 19th day of October, 2026.

Jamal N. Whitehead
United States District Judge