The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERT JOHNSON,<br>Defendant,<br>and<br>TERRELL KENNEDY,<br>Third-Party Petitioner. | NO. CR24-164-JNW<br><br>**STIPULATION AND ORDER SETTLING THIRD-PARTY PETITION**<br><br>NOTE ON MOTION CALENDAR:<br>November 10, 2026 |

The United States and Third-Party Petitioner Terrell Kennedy present the following Stipulation and proposed Order to settle Mr. Kennedy's asserted interest in a Century Arms Micro Draco pistol, bearing serial number 21PMD-23-604 (the "Subject Firearm"), which has been forfeited by Defendant Robert Johnson.

## I. BACKGROUND

On or about October 2, 2024, law enforcement executed a search warrant at Defendant Robert Johnson's residence, at 510 Stevens Avenue SW, Apt. S206, in



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Renton, Washington, where they arrested Defendant and seized the Subject Firearm. *See* Dkt. No. 998.

In his Plea Agreement, Defendant agreed to forfeit his interest in the Subject Firearm. Dkt. No. 998 ¶ 12. On June 22, 2026, the Court issued a Preliminary Order of Forfeiture, forfeiting Defendant Johnson's interest in the Subject Firearm. Dkt. No. 1080.

As required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, the United States published notice of the Preliminary Order of Forfeiture and of its intent to dispose of the preliminarily forfeited property in accordance with governing law. *See* Dkt. No. 1148. That notice informed any third parties claiming an interest in the preliminarily forfeited property that they were required to file a petition with the Court within 60 days of the date of the notice's first publication on June 25, 2026. *Id.*

On September 2, 2026, as required by Fed. R. Crim. P. 32.2(b)(6)(A), the United States also sent notice and a copy of the Preliminary Order of Forfeiture to potential claimants to the preliminarily forfeited property, who were identified through review of the underlying investigative material, including Mr. Kennedy. *See* Dkt. No. 1281 ¶¶ 2-3 and Exhibits A-E.

On or about October 14, 2026, Mr. Kennedy submitted his timely Third-Party Petition to the Subject Firearm (the "Petition"). *See* Dkt. No. 1252. In his Petition, Mr. Kennedy stated that he was the rightful owner of the Subject Firearm and that it had been stolen from him on December 25, 2023. *Id.* In support of his Petition, Mr. Kennedy submitted documentation including a copy of the relevant police report. *Id.*

No other third parties have asserted an interest in the Subject Firearm, and the period to file third-party petitions has expired.

///

///



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## II. STIPULATION

The United States and Terrell Kennedy HEREBY STIPULATE to the following:

1. Mr. Kennedy asserts that he is the rightful owner of the Subject Firearm. *See* Dkt. No. 1252. Mr. Kennedy asserts that he purchased the Subject Firearm on or about November 26, 2021, from West Coast Armory, in Bellevue, Washington. *Id.* Mr. Kennedy provided documentation that corroborates this purchase. *Id.* Mr. Kennedy asserts that the Subject Firearm was stolen from his vehicle on December 25, 2023, and that he reported this theft to the Seattle Police Department ("SPD"). *Id.* Mr. Kennedy provided a copy of this police report. *Id.*

2. The firearms trace report (the "Trace Report") for the Subject Firearm prepared by the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") confirms that Mr. Kennedy was the last individual to purchase the Subject Firearm through a Federal Firearms Licensee ("FFL"). Specifically, the Trace Report confirms that Mr. Kennedy purchased the Subject Firearm from West Coast Armory in Bellevue, Washington, on or about December 2, 2021.

3. Mr. Kennedy affirms that he does not know Defendant Robert Johnson or how Defendant Robert Johnson acquired the Subject Firearm.

4. Mr. Kennedy affirms that neither he nor any person living in his residence is prohibited from possessing a firearm.

5. The Federal Bureau of Investigation ("FBI") has United States has confirmed that Mr. Kennedy has no identifiable criminal history precluding him from possession of a firearm at this time.

6. Based on the information and affirmations reflected above, the United States agrees that Mr. Kennedy has a vested interest in the Subject Firearm, pursuant to 21 U.S.C. § 853(n)(6)(A), before Defendant possessed it.

7. In recognition of Mr. Kennedy's superior interest in the Subject Firearm, the United States agrees to release the Subject Firearm to him following the conclusion of



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

criminal proceedings in this case, including any criminal appeal. The seizing agency, FBI, will affect the release of the Subject Firearm to Mr. Kennedy.

8. Mr. Kennedy understands and agrees that the Subject Firearm constitutes evidence in this case and cannot be released prior to the completion of this criminal proceeding, including any criminal appeal.

9. Mr. Kennedy understands and agrees that the Subject Firearm will be released to him in its current condition, that is, as it was seized from Defendant.

10. Mr. Kennedy agrees to release and hold harmless the United States, its agents, representatives, and/or employees, as well as any involved state or local law enforcement agencies, their agents, representatives, and/or employees, from any and all claims he may possess, or that could arise, based on the seizure, detention, and release of the Subject Firearm.

11. Mr. Kennedy understands and agrees that this Stipulation fully and finally resolves his claim to the Subject Firearm, and he waives any right to further litigate or pursue his Petition, or any other claim to the Subject Firearm, in this or any other proceeding, judicial or administrative.

12. The United States and Mr. Kennedy agree they will each bear their own costs and attorneys' fees associated with the seizure, detention, and release of the Subject Firearm, as well as with Mr. Kennedy's Petition and this Stipulation.

///

///



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

13. The United States and Mr. Kennedy agree that the terms of this Stipulation are subject to review and approval by the Court, as provided in the proposed Order below. If the Court enters the proposed Order, a violation of any term or condition of this Stipulation shall be construed to be a violation of that Order.

Respectfully submitted,

DATED: November 10, 2026

*s/Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov
*Counsel for the United States*

DATED: November 9, 2026

*s/Terrell Kennedy*
TERRELL KENNEDY
*Third Party Petitioner*
[redacted]*@gmail.com*
**Permission to e-sign and e-file granted via email on November 9, 2026*

**ORDER**

The Court has reviewed the above Stipulation between the United States and Third-Party Petitioner Terrell Kennedy, settling the interest asserted by Mr. Kennedy in the Subject Firearm (Dkt. No. 1252), and the other pleadings and papers filed in this matter.

The Court HEREBY APPROVES the above Stipulation and its terms.

IT IS SO ORDERED.

DATED this 17th day of November, 2026.

THE HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

I hereby further certify that on November 10, 2026, I served the foregoing document on the following parties who are not participating in ECF, by electronic mail, as indicated:

Terrell Kennedy
[redacted]*@gmail.com*

*s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Supervisory Paralegal, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: (206) 553-6934
Hannah.Williams2@usdoj.gov